JOHN P. PRINGLE, ESQ. (SBN 072300)
6055 East Washington Boulevard, Suite 500
Los Angeles, CA  90040-2466
Telephone No.: (323) 727-9589
Facsimile No.: (323) 724-5410
jpringle@rpmlaw.com

Chapter 7 Trustee

FILED & ENTERED

JUL 22 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALEX S. MIN,<br><br>                         Debtor. | Case No. 2:20-bk-10131-RK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKER/LISTING AGENT**<br><br>[No Hearing Required – Unless Requested] |

Based upon the record before the Court, including the Trustee's Application to Approve the Employment of BK Global Real Estate Services and Keller Williams Downey as Real Estate Broker/Listing Agent (the "Application"), which was filed on July 2, 2020, the failure of any party in interest to file any Objection and/or Request for Hearing in response to the Trustee's Application, the Declaration of Trustee that No Party Requested a Hearing on Motion filed concurrently herewith, and other good cause therefore, it is hereby,

**ORDERED,** that the Trustee's Application to Approve the Employment of BK Global Real Estate Services and Keller Williams Downey as his real estate broker/listing agent is granted in its entirety; it is hereby,

///

///

///

1       **FURTHER ORDERED,** that the employment of BK Global Real Estate Services as Real

2  Estate Broker and Keller Williams Downey as Listing Agent is approved under 11 U.S.C. §327(a).

3                         ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: July 22, 2020

24                                 _____

Robert Kwan

25                                 United States Bankruptcy Judge

26

27

28